

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Micky Don Valverde,                          * From the 132nd District Court
                                               of Borden County,
                                               Trial Court No. 243.

Vs. No. 11-22-00351-CR                       * August 17, 2023

The State of Texas,                          * Memorandum Opinion by Trotter, J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court and the district clerk's bill of costs to delete (1) the restitution of $720 for reimbursement of community supervision fees that were payable to the Borden County Community Supervision and Corrections Department and (2) the court-appointed attorney's fees of $600 that were ordered and assessed against Micky Don Valverde for legal representation associated with the revocation proceeding. We further modify the judgment and bill of costs to properly characterize the remaining "restitution" designated by the trial court in its revocation judgment as the outstanding $1,500 fine, $675 in reimbursement fees, and $290 in court costs that the trial court assessed during Micky Don Valverde's original guilty plea proceeding.

We modify the trial court's judgment (1) to include the first allegation raised in the State's amended motions to revoke which states that "on or about January 9,

2022, in Callahan County, Texas, [Micky Don Valverde] did then and there intentionally or knowingly possess a controlled substance, namely, methamphetamine, in the amount of one gram or more but less than four grams" and (2) to recite the correct date—February 17, 2022—that Micky Don Valverde committed the violation that is referred to in the seventh allegation of the State's amended motion to revoke.

Finally, we modify the trial court's judgment to recite the correct monthly installment amount—$40 per month—that Micky Don Valverde was ordered to pay to the Borden County Community Supervision and Corrections Department during his period of community supervision.

As modified, we affirm the judgment of the trial court.